■ In the Matter of SHAREF REDMON, Petitioner, v JOSEPH T. SMITH, as Superintendent of Shawangunk Correctional Facility, Respondent. [29 NYS3d 831]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of

the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of violating a prison disciplinary rule. The Attorney General has advised this Court that the disciplinary determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to petitioner's inmate account. As the record does not reflect that any loss of good time was imposed, petitioner has received all the relief to which he is entitled and the petition must be dismissed as moot (*see Matter of Rizzuto v Prack*, 134 AD3d 1263, 1263 [2015]).

Peters, P.J., Egan Jr., Rose, Lynch and Aarons, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.